UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

MICHAEL W. SMITH                                                            PLAINTIFF

V.                                                    CIVIL ACTION NO.:2:12cv75-GHD-JMV

GAIL JACO, ET AL.                                                          DEFENDANTS

ORDER

Before the Court is a motion filed by the pro se plaintiff for serving defendants by alternative means of service (#28). The court does not feel that there is adequate need for an alternative means of service, and the motion is hereby DENIED.

SO ORDERED this 11th day of December, 2012.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE