IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**MICHAEL W. SMITH**                                                                          **PLAINTIFF**

**V.**                                  **CIVIL ACTION NO. 2:12-cv-75-GHD-JMV**

**GAIL JACO, ET AL.**                                                     **DEFENDANT**

### ORDER GRANTING MOTION FOR SUBPOENA FORMS

This matter is before the court on Plaintiff Michael W. Smith's motion for blank subpoena forms (#41). The Clerk of Court will mail Mr. Smith 10 blank trial witness attendance subpoena forms.[1]

IT IS, THEREFORE, ORDERED the motion for subpoena forms (#41) is GRANTED.

**SO ORDERED** this 22rd day of August 2013.

                                                              /s/Jane M. Virden
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] The court notes that the time for conducting discovery has expired. Accordingly, it is presumed that the form of subpoenas requested are for witnesses to appear and testify at trial.