IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**MICHAEL W. SMITH**                                                                  **PLAINTIFF**

**V.**                                         **CIVIL ACTION NO. 2:12-cv-75-GHD-JMV**

**GAIL JACO, ET AL.**                                                **DEFENDANT**

## ORDER

This matter is before the court on Plaintiff Michael W. Smith's motion seeking clarification of the court's prior order [43]. Considering the motion, the court advises the parties that all witnesses or exhibits intended to be called or offered at trial shall be identified. Witnesses must be identified by their formal name, and exhibits must be identified by description. The information otherwise described in the court's prior order must also be provided by the deadline for doing so set forth in the prior order. Each party is directed to acknowledge receipt of this order by signing the enclosed acknowledgment form and returning it to the court within 14 days of this date.

**SO ORDERED** this 11th day of September 2013.

                                                                  /s/Jane M. Virden
                                                       UNITED STATES MAGISTRATE JUDGE