# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### DELTA DIVISION

**MICHAEL W. SMITH**                                                                       **PLAINTIFF**

**VS**                                                         **CIVIL ACTION NO: 2:12-cv-75-GHD-JMV**

**GAIL JACO, ET AL.**                                                        **DEFENDANT**

## ORDER

This matter is before the court on Plaintiff's Motion Requesting Production of Defense Exhibits [82]. The parties are hereby directed to exchange any exhibits to be offered at trial if those exhibits have not already been provided or made available to the opposing party. The parties are required to make the aforesaid production of exhibits by no later than five (5) business days before trial, or by September 15, 2014.

**SO ORDERED**, this the 4th day of August, 2014.

                                                              /s/ Jane M. Virden
                                                              **UNITED STATES MAGISTRATE JUDGE**